United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Hubert White
Christa White
Debtors

Case No. 18-12043-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3
Date Rcvd: Aug 03, 2021 Form ID: 138NEW Total Noticed: 47

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hubert White, 101 E. Gowen Avenue, Philadelphia, PA 19119-1613 |
| jdb | #+ | Christa White, 101 E. Gowen Avenue, Philadelphia, PA 19119-1613 |
| cr | + | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | + | Bayview Loan Servicing, LLC et al, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146-1837 |
| 14080310 | | AAdvantage Mastercard, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14080311 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982234, El Paso, TX 79998-2234 |
| 14080312 | | Bank of America Home Loans, PO Box 31785, Tampa, FL 33631-3785 |
| 14117589 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14080313 | + | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 14210612 | + | Bayview Loan Servicing, LLC, c/o Kevin S. Frankel, Esq., Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14080314 | | Besy Buy Credit Services, PO Box 9001007, Louisville, KY 40290-1007 |
| 14105615 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14080318 | | Discover, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14502028 | | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14080320 | | Great Lakes Higher Education, PO Box 790321, Saint Louis, MO 63179-0321 |
| 14106807 | + | Navient Solutions, LLC. on behalf of, PHEAA, PO BOX 8147, Harrisburg, PA 17105-8147 |
| 14117820 | + | Patricia M. Mayer, Esquire, 301 Oxford Valley Rd., Ste. 203B, Yardley, PA 19067-7708 |
| 14102429 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14183074 | + | THE BANK OF NEW YORK MELLON, Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL 33146-1837 |
| 14566775 | + | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14113017 | | The Bank Of New York Mellon et al, Bank of America, PO Box 31785, Tampa, FL, 33631-3785 |
| 14566918 | + | The Bank of New York Mellon, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14454940 | | The Bank of New York Mellon FKA The Bank of New.., P.O. Box 31785, Tampa, FL 33631-3785 |
| 14111654 | | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 03 2021 23:23:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 03 2021 23:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 03 2021 23:23:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA |

| | | | | |
|---|---|---|---|---|
| | | | | 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Aug 03 2021 23:33:31 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14080315 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 03 2021 23:23:00 | Boscov's, PO Box 182120, Columbus, OH 43218-2120 |
| 14194851 | | Email/Text: megan.harper@phila.gov | Aug 03 2021 23:23:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14080316 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 03 2021 23:33:38 | Capital One Bank (USA) N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14107868 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2021 23:33:42 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14080324 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2021 23:33:42 | Macy's, PO Box 9001094, Louisville, KY 40290-1094 |
| 14262688 | | Email/Text: bnc-quantum@quantum3group.com | Aug 03 2021 23:23:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14086493 | | Email/Text: mrdiscen@discover.com | Aug 03 2021 23:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14080319 | | Email/Text: ELDABBASM@FREEDOMCU.ORG | Aug 03 2021 23:23:00 | Freedom Credit Union, 626 Jacksonville Rd., Ste. 250, Warminster, PA 18974-4862 |
| 14080321 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 03 2021 23:23:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14080317 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 03 2021 23:33:45 | Chase, PO Box 15123, Wilmington, DE 19850-5123 |
| 14080322 | | Email/Text: PBNCNotifications@peritusservices.com | Aug 03 2021 23:23:00 | Kohl's, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14080323 | | Email/PDF: gecsedi@recoverycorp.com | Aug 03 2021 23:33:31 | Lowe's, PO Box 530914, Atlanta, GA 30353-0914 |
| 14116244 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 03 2021 23:23:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14080325 | | Email/PDF: pa_dc_claims@navient.com | Aug 03 2021 23:33:40 | Navient, Attn: Correspondence, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 14109051 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 03 2021 23:33:47 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14081924 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 03 2021 23:33:39 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14101328 | | Email/Text: bnc-quantum@quantum3group.com | Aug 03 2021 23:23:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14113682 | | Email/Text: bnc-quantum@quantum3group.com | Aug 03 2021 23:23:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14080326 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2021 23:33:34 | Sears Credit Cards, PO Box 9001055, Louisville, KY 40290-1055 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC |
| cr | | THE BANK OF NEW YORK MELLON |

| | | |
|---|---|---|
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2021 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANN E. SWARTZ | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC. ASSET-BACKED CERTIFICATES, SERIES 2005-BC4 ecfmail@readingch13.com, ecfmail@ecf.courtdrive.com |
| FREDERICK L. REIGLE | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| HOWARD GERSHMAN | on behalf of Debtor Hubert White hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net |
| HOWARD GERSHMAN | on behalf of Joint Debtor Christa White hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net |
| JEROME B. BLANK | on behalf of Creditor THE BANK OF NEW YORK MELLON ET. AL. paeb@fedphe.com |
| KEVIN S. FRANKEL | on behalf of Creditor Bayview Loan Servicing LLC et al pa-bk@logs.com |
| LAUREN MOYER | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC. ASSET-BACKED CERTIFICATES, SERIES 2005-BC4 ecfmail@mwc-law.com |
| REBECCA ANN SOLARZ | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOM bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 11

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

In Re: Hubert White and Christa White
Debtor(s)

Bankruptcy No: 18−12043−amc
Chapter: 13

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

☐ 2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑ 3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

4. All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 8/3/21

50 − 49
Form 138_new