THO 51010 0515-2 158NEW 18-12043
HOWARD GERSHMAN
610 York Road
Suite 200
Jenkintown, PA 19422

005197 5197 1 AB 0.425 19119 7 2 9383-1-5404

Christa White
101 E. Gowen Avenue
Philadelphia, PA 19119-1613

# ATTENTION: ADDRESS CORRECTION REQUESTED

If you are receiving this notice, U.S. Postal Service records indicate that the address that the *debtor* listed is subject to a forwarding order. Forwarding orders are only good for a limited time.

| IF YOU ARE THE INTENDED NOTICE RECIPIENT, Update your address immediately with the Bankruptcy Court identified on the notice pursuant to the Court's local procedures. | IF YOU ARE THE DEBTOR/DEBTOR'S COUNSEL 1. Find an updated address and send the attached document to that address. 2. Update the address with the Bankruptcy Court pursuant to the Court's local procedures. |
|---|---|
| | |

005197    31610005202019

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Hubert White and Christa White
    Debtor(s)

Bankruptcy No: 18-12043-amc
Chapter: 13

## NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

☐ 2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑ 3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

4. All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

AUG 1 9 2021

5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 8/3/21

50 – 49
Form 138_new

*Address:*
*CHRISTA white
585 Skippack Pike
Suite 200
Blue Bell, PA. 19422*

005197

31610005202019