UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT PENNSYLVANIA

IN RE:

HUBERT WHITE                                NO. 18-12043 AMC
CHRISTA WHITE                               CHAPTER 7

NOTICE OF CHANGE OF ADDRESS for CHRISTA WHITE

Please note the new address of Debtor, Christa White:

585 Skippack Pike, Ste. 200
Blue Bell, PA 19422

GERSHMAN LAW OFFICES PC

/s/ Howard Gershman

Date: August 20, 2021

_____
Howard Gershman
610 York Road  Ste 200
Jenkintown, PA 19046
215.886.1120

THU-31610 0313-2 138NEW 18-12043
HOWARD GERSHMAN
610 York Road
Suite 200
Jenkintown, PA 19422

005197 5197 1 AB 0.425 19119 7 2 9383-1-5404

Christa White
101 E. Gowen Avenue
Philadelphia, PA 19119-1613

# ATTENTION: ADDRESS CORRECTION REQUESTED

If you are receiving this notice, U.S. Postal Service records indicate that the address that the *debtor* listed is subject to a forwarding order. Forwarding orders are only good for a limited time.

| IF YOU ARE THE INTENDED NOTICE RECIPIENT, Update your address immediately with the Bankruptcy Court identified on the notice pursuant to the Court's local procedures. | IF YOU ARE THE DEBTOR/DEBTOR'S COUNSEL 1. Find an updated address and send the attached document to that address. 2. Update the address with the Bankruptcy Court pursuant to the Court's local procedures. |
|---|---|
| *Christa White*<br>*585 Skippack Pike*<br>*Suite 200*<br>*Blue Bell, PA. 19422* | |

005197    31610005202019