United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Hubert White

Christa White

    Debtors

Case No. 18-12043-amc

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2

Date Rcvd: Aug 27, 2021

User: admin

Form ID: 3180W

Page 1 of 3

Total Noticed: 22

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hubert White, 101 E. Gowen Avenue, Philadelphia, PA 19119-1613 |
| jdb | + | Christa White, 585 Skipack Pike, Suite 200, Blue Bell, PA 19422-2147 |
| 14117589 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14117820 | + | Patricia M. Mayer, Esquire, 301 Oxford Valley Rd., Ste. 203B, Yardley, PA 19067-7708 |
| 14102429 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 27 2021 23:28:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Aug 28 2021 03:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 27 2021 23:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 27 2021 23:28:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14194851 | | Email/Text: megan.harper@phila.gov | Aug 27 2021 23:28:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14105615 | | EDI: BL-BECKET.COM | Aug 28 2021 03:38:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14107868 | + | EDI: CITICORP.COM | Aug 28 2021 03:38:00 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14262688 | | EDI: Q3G.COM | Aug 28 2021 03:38:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14086493 | | EDI: DISCOVER.COM | Aug 28 2021 03:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14502028 | | EDI: ECMC.COM | Aug 28 2021 03:38:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14080321 | + | EDI: IRS.COM | Aug 28 2021 03:38:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14116244 | + | EDI: MID8.COM | Aug 28 2021 03:38:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14109051 | | EDI: PRA.COM | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 27, 2021 | Form ID: 3180W | Total Noticed: 22 |

| | | | |
|---|---|---|---|
| | | Aug 28 2021 03:38:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14101328 | EDI: Q3G.COM | | |
| | | Aug 28 2021 03:38:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14113682 | EDI: Q3G.COM | | |
| | | Aug 28 2021 03:38:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14113017 | EDI: BANKAMER.COM | | |
| | | Aug 28 2021 03:38:00 | The Bank Of New York Mellon et al, Bank of America, PO Box 31785, Tampa, FL, 33631-3785 |
| 14454940 | EDI: BANKAMER.COM | | |
| | | Aug 28 2021 03:38:00 | The Bank of New York Mellon FKA The Bank of New.., P.O. Box 31785, Tampa, FL 33631-3785 |
| 14111654 | EDI: WFFC.COM | | |
| | | Aug 28 2021 03:38:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANN E. SWARTZ | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC.  ASSET-BACKED CERTIFICATES, SERIES 2005-BC4 ecfmail@readingch13.com, ecfmail@ecf.courtdrive.com |
| FREDERICK L. REIGLE | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com |
| HOWARD GERSHMAN | on behalf of Debtor Hubert White hg229ecf@gmail.com  229ecf@glpoc.comcastbiz.net |
| HOWARD GERSHMAN | on behalf of Joint Debtor Christa White hg229ecf@gmail.com  229ecf@glpoc.comcastbiz.net |
| JEROME B. BLANK | on behalf of Creditor THE BANK OF NEW YORK MELLON ET. AL. paeb@fedphe.com |
| KEVIN S. FRANKEL | on behalf of Creditor Bayview Loan Servicing  LLC et al pa-bk@logs.com |
| LAUREN MOYER | |

District/off: 0313-2                        User: admin                                        Page 3 of 3
Date Rcvd: Aug 27, 2021                     Form ID: 3180W                                      Total Noticed: 22

on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE
CERTIFICATEHOLDERS OF THE CWABS INC.  ASSET-BACKED CERTIFICATES, SERIES 2005-BC4
ecfmail@mwc-law.com

REBECCA ANN SOLARZ

on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  SUCCESSOR INDENTURE
TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF
THE CWHEQ INC., CWHEQ REVOLVING HOM bkgroup@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.

on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.

ecfemails@ph13trustee.com  philaecf@gmail.com


TOTAL: 11

<table>
<tr><td colspan="2"><strong>Information to identify the case:</strong></td></tr>
</table>

| | | |
|---|---|---|
| Debtor 1 | Hubert White | Social Security number or ITIN   xxx–xx–5904 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Christa White | Social Security number or ITIN   xxx–xx–9029 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number:  18–12043–amc | | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Hubert White

Christa White
aka Christa Bergmann

8/26/21

**By the court:** Ashely M. Chan
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---