UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT PENNSYLVANIA

IN RE:
    HUBERT WHITE                                    NO. 18-12043 AMC
    CHRISTA WHITE                                  CHAPTER 7

2nd NOTICE OF CHANGE OF ADDRESS for CHRISTA WHITE

Please note the new address of Debtor, Christa White:

2314 N Gilinger Road
Lafayette Hill, PA 19444

                                    GERSHMAN LAW OFFICES PC

                                    /s/ Howard Gershman

Date: August 30, 2021

                                    Howard Gershman
                                    610 York Road  Ste 200
                                    Jenkintown, PA 19046
                                    215.886.1120

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: Hubert White and Christa White
Debtor(s)

Case No: 18-12043-amc
Chapter: 13

RECEIVED
AUG    2021
BY: ........................

## NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 8/17/21

*New Address*
Christa White
2314 N. Gilinger Rd.
Lafayette Hill, PA. 19444

53 – 52
Form 138FIN

005275         33008005280010