**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re: Hubert White and Christa White

Debtor(s)

Case No: 18-12043-amc
Chapter: 13

## NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 8/17/21

*[Handwritten note:]*
New Address
CHRISTA White
2314 N. Gilinger Rd.
Lafayette Hill, 19444
PA.

53 – 52
Form 138FIN

AUG 30 2021

005275

33008005280010

THE 95008 8595-1198PIN 18-12043
HOWARD GERSHMAN
610 York Road
Suite 200
Jenkintown, PA 19422

005275 5275 1 AB 0.425 19119 7 9 9394-1-5438

Christa White
101 E. Gowen Avenue
Philadelphia, PA 19119-1613

# ATTENTION: ADDRESS CORRECTION REQUESTED

If you are receiving this notice, U.S. Postal Service records indicate that the address that the *debtor* listed is subject to a forwarding order. Forwarding orders are only good for a limited time.

| IF YOU ARE THE INTENDED NOTICE RECIPIENT, Update your address immediately with the Bankruptcy Court identified on the notice pursuant to the Court's local procedures. | IF YOU ARE THE DEBTOR/DEBTOR'S COUNSEL 1. Find an updated address and send the attached document to that address. 2. Update the address with the Bankruptcy Court pursuant to the Court's local procedures. |
|---|---|
| *Christa White*<br>*2314 N. Gilinger Rd.*<br>*Lafayette Hill, PA.*<br>*19444* | |

005275    33008005280010